IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BREAYONNA AARON, Individually and on behalf of RICHIE TERRELL AARON, JR., deceased, <br><br> and <br><br> BREAYONNA AARON, on behalf of her minor children M.A., R.A., and L.A., individually and on behalf of RICHIE TERRELL AARON, JR., deceased, <br><br> Plaintiffs <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, and MARQUISE L. WEBB, <br><br> Defendants. | CASE NO: 4:22-CV-00189-SRB <br><br> January 31, 2024 |

MINUTES OF JURY TRIAL – DAY 8

HONORABLE Stephen R. Bough presiding at Kansas City, Missouri.
=======================================================================
Nature of Proceeding: Civil Jury Trial
Time Commenced: 8:32 am	Time Terminated: 1:31 pm
**Plaintiff:** Nuru Lateef Witherspoon, Aubrey Nick Pittman, Linje Rivers
**Defendant:** Mark S. Landman, Sean Paul Hamer, Rachel Smith

| Remarks: | Witness Testifying |
|---|---|
| Jury returns at 8:32 a.m. and deliberations begin. At 10:03 a.m. the Jury presents question #1 to the Court. Jury takes a 10-minute break. The Court reconvenes with the parties and addresses the Jury question #1. Written response from the Court is provided to the Jury. At 11:47 a.m., Court, parties and Jury present. Verdict read by the Court and filed herein. Jury is dismissed while Court takes up additional matters outside their presence with the parties. <br><br> At 12:10 p.m., Jury present and is read additional instructions by the Court. At 12:12 p.m., closing arguments regarding punitive damages are presented by both counsel. Jury is dismissed at 12:28 p.m. to deliberate. Court takes up matters outside the presence of the Jury. At 12:38 p.m., Court is in recess. At 12:47 p.m. Court goes on the record and takes up matters outside of the presence of the Jury. At 1:29 p.m., Jury returns into Court with their verdict which is read by the Court and filed herein. Jury polled as to their verdicts. Jury is excused and trial adjourns at 1:31 p.m. | |

Court Reporter: Gayle Wambolt		By: Tracey D. Peters