IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BREAYONNA AARON, individually and on behalf of RICHIE TERRELL AARON, JR., deceased,<br><br>And<br><br>BREAYONNA AARON, on behalf of her minor children, M.A., R.A., and L.A., individually and on behalf of RICHIE TERRELL AARON, JR., deceased,<br><br>   Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, and MARQUISE L. WEBB,<br><br>   Defendants. | Case No.: 4:22-cv-00189-SRB |

## ORDER

Before the Court is Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak")'s Motion to Approve Appeal Bond and To Stay Judgment Pending Appeal, pursuant to Federal Rule of Civil Procedure 62(b). (Doc. #301.) For good cause shown, the motion is GRANTED. It is hereby ORDERED that:

  1. The appeal bond, in the form, in the amount, and with the surety as submitted with Amtrak's motion, is approved by the Court.

  2. Execution upon and any proceedings to enforce the $44 million final judgment entered on July 17, 2024 (and any amended judgment that may be entered by the Court) are stayed

in accordance with Federal Rule of Civil Procedure 62(b), provided that Amtrak files the appeal bond referred to above in the form, in the amount, and with the surety as approved by this Court, within ten (10) days of the entry of this Order.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: August 15, 2024